**DISMISS; Opinion Filed July 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00111-CV

### JACQUELINE BROWN, Appellant
### V.
### M&M GATEWAY, LP, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05754-D**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

Appellant's brief in this case is overdue. By postcard dated March 14, 2014, we granted appellant's motion to extend time to file her brief until April 12, 2014. By postcard dated April 15, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


               /David Evans/
               DAVID EVANS
               JUSTICE

140111F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JACQUELINE BROWN, Appellant

No. 05-14-00111-CV          V.

M&M GATEWAY, LP, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-13-05754-D.
Opinion delivered by Justice Evans.
Justices Fillmore and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee M&M GATEWAY, LP recover its costs of this appeal from appellant JACQUELINE BROWN.

Judgment entered this 9th day of July, 2014.